UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:15-mj-0020 CMK |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER |
| vs. | ) | |
| WALLACE REMINGTON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed the charge alleged in Violation Notice FATW002Q, finds that the Defendant is charged with a Class A Misdemeanor. The government is ordered to file a superceding complaint. Receipt of the Complaint and arraignment is set for September 8, 2015, at 9:00 a.m.

Violation Notice FATW002Q is dismissed without prejudice. Defendant's Motion to Dismiss the Violation Notice is dismissed as moot and is hereby taken off calendar.

DATED: August 18, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE